UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re: Nicole Patalano−Melendez                              BK No. 1:15−bk−11825

*Order to File Missing Documents, and Notice of Automatic Dismissal for Non−Compliance−− Chapter 7 Case*

A petition was filed in the above−referenced case on **9/22/15**. Pursuant to Rhode Island LBR 1007, please be advised that the following documents are missing and must be filed within 14 days.

Failure to timely comply with this order by filing the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.

*Payment Advices (60 Days) or Affidavit of Non−existence*

*Other:*

**\*\*REMINDER: CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE MUST BE FILED WITH THE COURT NO LATER THAN 60 DAYS AFTER THE ORIGINAL MEETING OF CREDITORS DATE!**

<u>Certificate of Service</u>

| <u>Debtor</u> | <u>Debtor's Attorney</u> | <u>Chapter 7 Trustee</u> |
|---|---|---|
| Regular Mail | Email Delivery | Email Delivery |

Dated *: 9/23/15*                                              So Ordered:
Document Number: **6 − 1**

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

304aa.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

Website: *www.rib.uscourts.gov*