United States Bankruptcy Court
District of Rhode Island

In re:                                                          Case No. 15-11825-DF
Nicole Patalano-Melendez                                        Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0103-1        User: jen            Page 1 of 1            Date Rcvd: Oct 01, 2015
                     Form ID: 226        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2015.
tr             +Charles A. Pisaturo, Jr.,    Law Offices of Charles A. Pisaturo Jr.,    1055 Elmwood Avenue,
               Providence, RI 02907-3640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2015 at the address(es) listed below:
      Charles A. Pisaturo, Jr.    cpisaturo@earthlink.net,
      RI10@ecfcbis.com;Jenn@pisaturolaw.necoxmail.com
      Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
      Stacy B. Ferrara    stacyferrara@earthlink.net,  RI11@ecfcbis.com;sferraralaw@hotmail.com
      Tatyana P. Tabachnik    on behalf of Creditor  Wells Fargo Bank, N.A. ribk@harmonlaw.com
      Todd  Dion    on behalf of Debtor Nicole  Patalano-Melendez toddsdion@msn.com
                                                                                   TOTAL: 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

---

In Re: Nicole Patalano−Melendez

Debtor(s)

BK No. 1:15−bk−11825

Chapter 7

---

### NOTIFICATION REGARDING TERMINATION OF ATTORNEY / PARTY

To: **Charles A. Pisaturo, Jr., Chapter 7 Trustee**

Notice is hereby provided that on 10/1/2015 , you were terminated as a party/attorney in this case.

Consequently, this is the final electronic/paper notification you will receive. If you wish to receive future notices as an interested party, you must file a Notice Request with the Court.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **10/1/15**

Entered on Docket: **10/1/15**
Document Number:

226.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*