**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Nicole Patalano–Melendez | BK No. 1:15–bk–11825 |
| Debtor(s) | Chapter 7 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 14)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 14); filed by Wells Fargo Bank, N.A. ; and after hearing,

IT IS HEREBY ORDERED that for the reasons stated by the Court in its bench decision, are incorporated herein by reference:

(1) Wells Fargo Bank, N.A. is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non–bankruptcy law with respect to:

91 Curtis Street, Cranston, RI 02920.

(2) The 14–day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure Applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **1/6/16**

Entered on Docket: **1/6/16**
Document Number: **21 – 14**

109.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*