*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nicole Patalano−Melendez         BK No. 1:15−bk−11825

Debtor(s)                               Chapter 7

---

**FINAL NOTICE OF INTENT TO CLOSE CHAPTER 7 CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE TO FILE A CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE CERTIFICATE (FORM 423)**

Pursuant to Fed.R.Bankr.P. 1007(c), the Certification about a Financial Management Course Certificate (Official Form 423) was due within 60 days after the date first set for the meeting of creditors in a Chapter 7 case. The 60 day deadline expired on 12/28/2015 without Nicole Patalano−Melendez having filed Form 423 with the court.

Pursuant to LBR 4004−1, please take notice that this bankruptcy case will be closed by the clerk without entry of discharge unless Form 423, the Certification about a Financial Management Course Certificate, is filed within 14 days of this notice, no later than 2/5/2016 . Once closed, the debtor will be required to pay a reopening fee in order to later file the required certificate and seek the issuance of a discharge order.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **1/22/16**

Entered on Docket: **1/22/16**
Document Number: **24**

824a.jsp

---